CHAD R. FULLER (Bar No. 190830)
cfuller@goodwinprocter.com
GOODWIN PROCTER LLP
4365 Executive Dr., 3rd Fl.
San Diego, CA 92121
Tel:  858.202.2712
Fax:  858.457.1255


LAURA HUSSAIN (Bar No. 254509)
laura.hussain@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
Carl J. Nichols (Of Counsel)
1875 Pennsylvania Avenue, NW
Washington DC 20006
Tel:  202.663.6000
Fax:  202.663.6363

Attorneys for Defendants
BANK OF AMERICA CORPORATION
MERRILL LYNCH INTERNATIONAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*ex rel.*<br><br>DEREK CASADY, an individual; NANCY CASADY, an individual,<br><br>Plaintiffs,<br>v.<br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; MERRILL LYNCH INTERNATIONAL and its successor BANK OF AMERICA; DEUTSCHE BANK AG; DEUTSCHE BANK CAYMAN ISLANDS BRANCH; GOLDMAN SACHS CAPITAL MARKETS, L.P.; GOLDMAN SACHS INTERNATIONAL; GOLDMAN SACHS GROUP, INC., a Delaware corporation; SOCIETE GENERALE; and DOES 1 through 100,<br>Defendants. | CV NO.  10CV00431 GPC MDD<br><br>**DEFENDANTS BANK OF AMERICA CORPORATION AND MERRILL LYNCH INTERNATIONAL'S NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL**<br><br>Judge: Gonzalo P. Curiel<br>Courtroom:  9 |

NO. 10CV00431 GPC MDD

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Jennifer M. O'Connor, an attorney at Wilmer Cutler Pickering Hale & Dorr LLP ("WilmerHale") and one of the attorneys admitted *pro hac vice* for Defendants Bank of America Corporation and Merrill Lynch International, hereby withdraws as counsel for Defendants in this action.  Attorneys  Chad Fuller of Goodwin Procter LLP and Laura Hussain and Carl Nichols of WilmerHale will continue to represent Defendants and request that all future correspondence and papers in this action continue to be directed to them.

Respectfully submitted,

Dated:  May 28, 2013

CHAD R. FULLER (Bar No. 190830)
cfuller@goodwinprocter.com
GOODWIN PROCTER LLP
4365 Executive Dr., 3rd Fl.
San Diego, CA 92121
Tel:  858.202.2712
Fax:  858.457.1255

WILMER CUTLER PICKERING HALE AND DORR LLP
Carl J. Nichols (Of Counsel)
Jennifer M. O'Connor (Of Counsel)
1875 Pennsylvania Avenue, NW
Washington DC 20006
Tel:  202.663.6000
Fax:  202.663.6363


By     s/ Laura Hussain
LAURA HUSSAIN (Bar No. 254509)
laura.hussain@wilmerhale.com
1875 Pennsylvania Avenue, NW
Washington DC 2006
Tel:  202.663.6000
Fax:  202.663.6363

Attorneys for Defendants Bank of America Corporation and Merrill Lynch International

# CERTIFICATE OF SERVICE

I am a resident of the District of Columbia, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Ave NW, Washington, DC, 20006. On May 28, 2013, I served the within document(s):

**DEFENDANT BANK OF AMERICA CORPORATION AND MERRILL LYNCH INTERNATIONAL'S NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, for delivery via overnight/express service carrier at San Diego, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below on this date before the close of normal business hours.
- ☒ by transmitting via electronic mail a copy of the document(s) listed above in .pdf format, with no transmission errors reported, to the person(s) at the e-mail address(es) denoted on the attached Manual Notice List.
- ☒ I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 28, 2013, at Washington, District of Columbia.

/s/ Laura Hussain
Laura Hussain

- 2 -

NO. 10CV00431 GPC MDD

**MANUAL NOTICE LIST**

| UNITED STATES DEPARTMENT OF JUSTICE<br>Alan S. Gale<br>601 D Street, NW<br>PHB 9006<br>Washington, DC 20004<br><br>Attorney for United States of America | |