| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | Philip M. Bowman (Of Counsel)<br>pbowman@bsfllp.com |
| 3 | 575 Lexington Avenue<br>New York, NY 10022 |
| 4 | Telephone:    (212) 446-2300<br>Facsimile:    (212) 446-2350 |
| 5 | David L. Zifkin (SBN 232845) |
| 6 | dzifkin@bsfllp.com<br>401 Wilshire Boulevard, Suite 850 |
| 7 | Santa Monica, CA 90401<br>Telephone:    (310) 752 2400 |
| 8 | Facsimile:    (310) 752 2490 |
| 9 | Attorneys for Defendant Goldman Sachs International |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*ex rel.*<br><br>DEREK CASADY, an individual; NANCY CASADY, an individual,<br><br>        Plaintiffs,<br>    v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; MERRILL LYNCH INTERNATIONAL and its successor BANK OF AMERICA; DEUTSCHE BANK AG; DEUTSCHE BANK CAYMAN ISLANDS BRANCH; GOLDMAN SACHS CAPITAL MARKETS, L.P.; GOLDMAN SACHS INTERNATIONAL; GOLDMAN SACHS GROUP, INC., a Delaware corporation; SOCIETE GENERALE; and DOES 1 through 100,<br><br>        Defendants. | NO. 10-CV-00431-GPC-MDD<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Gonzalo P. Curiel<br>Courtroom: 2D |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the office address, telephone number, and fax number of David L. Zifkin, counsel of record for Defendant Goldman Sachs International., has changed.

Mr. Zifkin's new address and contact information are as follows:

David L. Zifkin
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone:	(310) 752-2400
Facsimile:	(310) 752-2490
Email:	dzifkin@bsfllp.com

All notices, documents and correspondence regarding this action should be sent to the above address and contact numbers.

Respectfully submitted,

DATED: June 7, 2013	**BOIES, SCHILLER & FLEXNER LLP**

By /s/ David L. Zifkin
David L. Zifkin

Attorneys for Defendant
Goldman Sachs International

1

NO. 10-CV-00431-GPC-MDD