

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ex rel.; DEREK CASADY; NANCY CASADY<br><br>                                                                Plaintiff,<br><br>V.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; GOLDMAN SACHS GROUP INC.; MERRILL LYNCH INTERNATIONAL AND ITS SUCCESSOR BANK OF AMERICA; DEUTSCHE BANK AG; DEUTSCHE BANK AG CAYMAN ISLANDS BRANCH; GOLDMAN SACHS INTERNATIONAL; GOLDMAN SACHS BANK USA AS SUCCESSOR-IN-INTEREST TO GOLDMAN SACHS CAPITAL MARKETS, L.P.; SOCIETE GENERALE; DOES 1 THROUGH 100<br><br>                                                                Defendant | Civil Action No.   10cv431-GPC-MDD<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant American International Group, Inc.'s motion to dismiss Relators Derek and Nancy Casady's Second Amended Complaint is granted. Counterparty Defendants Merrill Lynch International and its successor Bank of America, Deutsche Bank AG, Deutsche Bank AG Cayman Islands Branch, Goldman Sachs Group Inc., Goldman Sachs International, Goldman Sachs Bank USA as success-or-in interest to Goldman Sachs Capital Markets, L.P., and Société Générale's motion to dismiss Relators Derek and Nancy Casady's Second Amended Complaint is granted. Relators Derek and Nancy Casady's Second Amended Complaint is dismissed in its entirety with prejudice.

| | |
|---|---|
| Date:       3/31/14 | CLERK OF COURT<br>JOHN MORRILL, Acting Clerk of Court<br>By:  s/  M. Cruz<br>                                              M. Cruz, Deputy |